

# NUMBER 13-14-00323-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OCEANOGRAFIA, S.A. de C.V., OTTO CANDIES, LLC, CANDIES MEXICAN INVESTMENTS, AND OSA INTERNATIONAL

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Per Curiam Order

Relators Oceanografia, S.A. de C.V., Otto Candies, LLC, Candies Mexican Investments, and OSA International, filed a petition for writ of mandamus in the above cause on June 11, 2014, through which they contend that the trial court abused its discretion by denying their motion to dismiss on forum non conveniens grounds. The Court requests that the real parties in interest, Marisela Olan Jimenez, individually and as next friend of Rosa Maria Ovando Jimenez, Orbeline Marquez Marquez, Micaela Ovando Jimenez, and Mariana Calderon Hernandez, individually and on behalf of the estate of

Gualberto Jimenez Marquez; Javier Andrade Romero, Domingo Arteaga Gallarado, Amilcar Daniel Bolanos Lagunes, Juan Ramon Chable Gomez, Carlos Felipe Chapus Perez, Hector Virgilio Cardona Constantino, Jose Angel De La Cruz Lopez, Fernando De La Paz Alvarado, Esau Escalante Melo, Sergio Gallegos Martinez, Alvaro Gomez Sanchez, Felipe Guajardo De La Fuente, Edison Hipolito Real, Emmanuel Ibarra Gabaldon Jose Manuel Jimenez Hernandez, Pedro Lara Altamirano, Enrique Lara Gonzales, Juan Carlos Lopez Vasquez, Carmen Lopez Ramirez, Isidro Antonio Lopez, Jacobo Isquerdo Crisostomo, Luis Alberto Magana Morales, Cirilo Cuauhtemoc Martinez Vazquez, Armiro Mulato Farias, Jose Alberto Palomec Velazquez, Salvador Perlestayn Perez, Mario Alberto Pineyro Silva, Williams Portugal Almeda, Hugo Rangel Ortiz, Sergio Jesus Rejon Poot, Luis Ernesto Rivadeneyra Herrera, Edel Roque Mulato, Williams Sallelin De La Cruz Cruz, Fidel Salomon Barrientos, Jose Luis Sanchez Mendez, Jose Juan Serrano De Los Santos, Fredy Humberto Soto Perez, Irineo Landa Soto, Jorge Eduardo Torres Contreras, Jose Luis Toxqui Tepale, Jonatan Trejo Gallardo, David Ventura Mendez, Alejandro Gonzales Sosa, Luciano Reyes Sanchez, Bartolo Pale Diaz deLeon, Mariano Garcia de la Cruz, Guillormo Molina Marque, Edy Bautista del Angel, Jose Carzorla Jimenez; Ignacio Blanco Gomez, Tomas Simon Salvador, Alejandro Barreeto Rivera, Guillermo Blas Sanchez, Elvin Lope Perez, Froylan Ramirez Galmich, Martin Uscanga Salto Jose Juan Serrano De Los Santos, Hector Cruz Rodriguez, Ismael Cana May, Pedro Mijangos Osorio, Magdaleno Sanchez Barahona, Alejandro Villalobos Estudillo, Miguel Angel Cervantes Lopez, Rodolfo Flores Lopez, Jose del Carmen Tolina Torres, Luis Arturo Chable Gutierrez, Isidro Castillo Lopez, Rogelio Gomez Rivera, Augustin Arenas de la Cruz, David Ortiz Perez, Jose Juan Vasquez, Jose Damian

Gonzalez Mendiola, Joel Ramierz Cruz, Gustavo Martinez Lopez, Juan Jose Lopez Espindola, Jorge Gutierrez Garcia, Antonio Carballo Fuentes, Mauricio Perlestayan Perez, Eduardo Paulino Corona Gonzalez, Jorge Carlos Tobilla Azcanio, Hector Martinez Arellano, Cosme Antonio Carrasco, Cesar Augusto Maldonado Ruiz, Jose Felix De la Luz Munoz, Julian Gordillo Bernardo, Jose Cruz Sanchez Vasquez, Joel Garcia Hernandez, Luis Mario Arias Coronel, Victor Hugo Marin Rivas, Dionisio Mendo Uscanga, Osvaldo Angeles Bautista, and Jesus Robles Ruizor, any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
12th day of June, 2014.